■ JOSEPH PETRUS, Appellant-Respondent, v VICTOR B. CHAMBERS, Respondent-Appellant. (Appeal No. 2.) — Order unanimously modified and, as modified, affirmed, without costs, in accordance with same memorandum as in *Petrus v Smith* (Appeal No. 1) (91 AD2d 1190). (Appeal from order of Supreme Court, Wayne County, Kennedy, J. — summary judgment.) Present — Dillon, P. J., Hancock, Jr., Doerr, Denman and Moule, JJ., concur.